IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GLORIA EPPS, | ) |
| Plaintiff, | ) Case No. 2:19-cv-02056-CSB-EIL |
| v. | ) |
| THE TJX COMPANIES, INC. d/b/a TJ MAXX, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO STAY PENDING ARBITRATION**

Now comes the Plaintiff, GLORIA EPPS, by and through her attorneys, and respectfully requests this Honorable Court stay this action pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*. In support thereof, Plaintiff states as follows:

1. On March 6, 2019, Plaintiff filed her Complaint in this action.

2. On May 16, 2019, counsel for Defendant informed counsel for Plaintiff that Defendant believed Plaintiff's claims were subject to a binding arbitration agreement.

3. Plaintiff has reviewed the arbitration agreement and other evidence produced by Defendant. Plaintiff has agreed to stay this action while she pursues her claims in arbitration, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*.

4. Specifically, 9 U.S.C. § 3 provides, "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in

accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration."

5. Counsel for Plaintiff has discussed this matter with counsel for Defendant, who indicated that Defendant has no objection to the relief requested in this motion.

Wherefore, Plaintiff, GLORIA EPPS, respectfully requests this Honorable Court enter an order as follows:

 a. Vacating the Rule 16 Scheduling Conference set for June 26, 2019 at 10:15 a.m. before Magistrate Judge Eric I. Long; and

 b. Staying this action so Plaintiff can pursue her claims in arbitration.

RESPECTFULLY SUBMITTED,

GLORIA EPPS

By:  /s/ David B. Levin
 Attorney for Plaintiff
 Illinois Attorney No. 6212141
 Law Offices of Todd M. Friedman, P.C.
 333 Skokie Blvd., Suite 103
 Northbrook, Illinois 60062
 Phone: (224) 218-0882
 Fax: (866) 633-0228
 dlevin@toddflaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2019, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

/s/ David B. Levin
Attorney for Plaintiff